Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CECELIA OWENS,
    PLAINTIFF,

V.                                                            **SUMMONS IN A CIVIL ACTION**

Case Number: 2:06CV999-ID

LIGHTHOUSE COUNSELING CENTER, INC.,
    DEFENDANT.

TO:  Lighthouse Counseling Center, Inc., c/o Any Officer or Agent,
       1415 East South Blvd., Montgomery, AL 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

> David R. Arendall
> Allen D. Arnold
> Arendall & Associates
> 2018 Morris Avenue, Third Floor
> Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

_____
(By) DEPUTY CLERK

11/6/06
_____
DATE