■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jeannie Bowen*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
*Jennie Bowen*

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*S+ C*
*06CV99*

1. Article Addressed to:

Lighthouse Counseling Center, Inc.
c/o Any Officer or Agent
1415 East South Blvd
Montgomery, AL 36116

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0002 6128 5247

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540