IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 2:06CV999-ID |
| | ) |
| LIGHTHOUSE COUNSELING | ) |
| CENTER, INC., | ) |
| | ) |
|     DEFENDANT. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on December 11, 2006, and was attended by:

Allen D. Arnold for Plaintiff, Cecelia Owens

Bruce J. Downey, III for Defendant, Lighthouse Counseling Center, Inc.

1. **Pre-Discovery Disclosures**.

The parties will exchange by January 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

2. **Synopsis of the Case**: This is a race and retaliation case stemming from Plaintiff's termination of employment from Defendant. Plaintiff complained about racially different treatment of a subordinate to the Executive Director. Plaintiff was fired shortly thereafter and replaced by a white. Defendant denies Plaintiff's allegations.

3. **Discovery Plan**.

1

**Plaintiff's position**: Plaintiff needs discovery on the Plaintiff's claims, damages and Defendant's defenses.

**Defendant's position**: Defendant needs discovery on the Plaintiff's claims, damages and facts in support of Defendant's defenses.

The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by December 31, 2007.

**Interrogatories**:

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**:

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**:

Maximum of 45 Requests for Production by each party. Responses due 30 days after service.

**Depositions**:

Maximum of 8 depositions by Plaintiff and 8 depositions by Defendant.

Each deposition is limited a maximum of 6 hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due**:

    From Plaintiff:   August 1, 2007

    From Defendant:   September 1, 2007

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4.     **Other Items**.

**Settlement**:

Settlement possibilities are unknown at this time inasmuch as discovery in this matter has not yet begun.

**Conferences**:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in February, 2008.

**Join Additional Parties and Amendments**:

Plaintiff should be allowed until July 1, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until July 31, 2007, to join additional parties and to amend the pleadings.

**Dispositive Motions**:

All potentially dispositive motions should be filed by December 4, 2007.

**Final Lists of witnesses and exhibits**:

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiff:   30 days prior to trial.

    From Defendant:   30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial**:

The case should be ready for trial by March 31, 2008, and at this time is expected to take approximately 2-3 days.

Dated: December 12, 2006

                                                s/Allen D. Arnold
                                                Allen D. Arnold
                                                Attorney for the Plaintiff

OF COUNSEL:

Arendall & Associates
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 - Office
205.252.1556 - Facsimile

                                                s/Bruce J. Downey, III
                                                Bruce J. Downey, III
                                                Attorney for the Defendant

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104) - P.O. Box 2069
Montgomery, Alabama  36102-2069
Phone:  (334) 241-8000  Fax:  (334) 323-8888