IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CECELIA OWENS,**

**PLAINTIFF,**

**V.**

**CIVIL ACTION NO. 2:06CV999-ID**

**LIGHTHOUSE COUNSELING CENTER, INC.,**

**DEFENDANT.**

## MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

COME NOW, David R. Arendall and Allen D. Arnold, and move this Court for an Order allowing each of them to withdraw from representing the Plaintiff in the above cause. In support thereof, said attorneys state as follows:

1. Plaintiff's attorneys filed a lawsuit in this Court on behalf of Plaintiff.

2. Plaintiff has requested that we withdraw as her attorneys.

NOW THEREFORE, Plaintiff's counsel move this Honorable Court for an Order allowing them to withdraw from the representation of the Plaintiff in this cause with leave for the Plaintiff to seek new counsel should he so desire.

Respectfully submitted,

/s/ David R. Arendall
_____
David R. Arendall

1

/s/ Allen D. Arnold

_____

Allen D. Arnold
Attorneys for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

## **CERTIFICATE OF SERVICE**

I do hereby certify that on May 29, 2007, I filed the foregoing with the Clerk of this Court using the CM/ECF system of filing which will provide a copy to the Defendant's attorney:

Bruce J. Downey, III

Troy R. King, Esq.
Attorney General


I further certify that I have served the Plaintiff with a copy of the foregoing by forwarding a copy to her by Certified Mail, Return Receipt Requested on May 29, 2007, as follows:

Ms. Cecelia Owens
5915 Trammell Road #H10
Morrow, GA 30260

/s/ David R. Arendall

_____

Of Counsel

2