# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv999-ID |
| v. | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of the Motion to Withdraw as Attorneys for Plaintiff, filed May 29, 2007 (Doc. No. 10), and for good cause shown, it is ORDERED that said Motion be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that Plaintiff Cecelia Owens has until June 27, 2007, to find new counsel, and to have said counsel make an appearance in this matter. Alternatively, Plaintiff has until June 27, 2007, to make an appearance in this matter *pro se*.

DONE this 29th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE