IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv999-ID |
| v. | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER, INC.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon CONSIDERATION of Plaintiff Cecelia Owens' oral motion for extension of time, made telephonically on June 25, 2007, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff either to have new counsel make an appearance in this matter or to make an appearance in this matter *pro se* is hereby EXTENDED to and including July 27, 2007.

DONE this 26th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE