IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.: 2:06CV999-1D |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## MOTION TO DISMISS FOR WANT OF PROSECUTION

     COMES NOW the Defendant, Lighthouse Counseling Center, Inc., and moves the Court to dismiss this action for want of prosecution. As grounds therefore, Defendant shows as follows:

     1.    Plaintiff's counsel withdrew from representing her by motion granted by the Court. Said motion was granted on May 29, 2007 [Doc. 11].

     2.    In the Court's order, the Plaintiff was instructed to find new counsel and have said counsel enter an appearance or, alternatively, to make her own appearance by June 27, 2007.

     3.    On June 26, 2007, the Court extended the Plaintiff's time to comply until July 27, 2007 [Doc. 12].

     4.    The Plaintiff's extended deadline has passed, and she has not complied with the Court's order.

     5.    The Plaintiff's actions have unfairly frustrated the Defendant's ability to conduct discovery and prepare its defenses and substantive motions.

WHEREFORE, the Defendant asks the Court to dismiss this action.

        s/Bruce J. Downey, III
        **BRUCE J. DOWNEY, III**
        **Attorney for Defendant**
        **Lighthouse Counseling Center, Inc.**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:   (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of July, 2007, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that I have placed a copy of the foregoing in the U.S. Mail, postage prepaid and properly addressed, to the *pro se* Plaintiff, at the following last known address:

        Cecelia Owens
        5915 Trammell Road #H10
        Morrow, GA  30260

        s/Bruce J. Downey, III
        OF COUNSEL

1097586