IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv999-ID |
| v. | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Defendant's motion to dismiss for want of prosecution (Doc. No. 13), it is ORDERED that Plaintiff show cause, if any there be, on or before August 14, 2007, why said motion should not be granted.

DONE this 31st day of July, 2007.

                                         /s/ Ira DeMent
                                         SENIOR UNITED STATES DISTRICT JUDGE