IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06CV999ID |
| | ) |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lighthouse Counseling Center, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

**X**     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

  August 2, 2007               s/Bruce J. Downey III
     Date                                        Counsel Signature

                                                      Lighthouse Counseling Center, Inc.
                                                    Counsel for (print names of all parties)

                                                   150 S. Perry St., Montgomery, AL, 36104
                                                  Address, City, State Zip Code

                                                  (334) 241-8000
                                                  Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Bruce J. Downey, III, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed on this 2nd day of August, 2007, to:

Cecelia Owens
5915 Trammell Road H10
Morrow, GA  30260

| August 2, 2007 | s/Bruce J. Downey III |
|---|---|
| Date | Signature |