August 3, 2007

Attn: The Honorable Judge Ira DeMent
United States District Court
Post Office Box 2149
Montgomery, AL 36102-2149

Re: Owens v Lighthouse    Civil action # 2:06cv999ID

Dear Judge DeMent:

First let me thank you for entering the order to extend the time for me to get a new attorney. As you may already know, I buried my Father on June 30, 2007. I have been devasted by his death and not able to function as I normally do. Taking care of his affairs and trying to deal with the grief I feel has weakened me. I became ill. I also sent my husband off to the war in Iraq the day after I buried my Father. So I am seeking some relief from the courts under the Soldier's Sailors Relief Act where it applies in my case.

I apologize to the courts for not writing a response to you before now. However, I did call several times but was not able to get Ms. Kelli Gregg on the phone. I have also been in touch with a few attorneys that just have not been timely in getting back with me yet. I have mailed several packets of my information out. I see that the opposing counsel has filed a motion to have my case dismissed.

Your Honor, I am asking you not to grant this motion because I feel my case has great merit as I was granted the right to sue. I will represent myself until I hire another lawyer. I have already turned over all of my discovery documents back in January of this year. Please let me know through your clerk or correspondence anything else that I need to do. Does the courts have a list of attorneys who are seeking clients? If so, I would welcome that list.

Thank you very much for your patience and the courts mercy and grace.

Respectfully submitted,

*Cecelia Owens* (signature)
Cecelia Owens
Atlanta, GA

my email ceceliaowens@comcast.net
cell 404-849-8300

Cc: Opposing Counsel by U.S. Mail