IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv999-ID |
| v. | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER, INC.,** | ) |
| | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Defendant's motion to dismiss for want of prosecution (Doc. No. 13), it is ORDERED that said motion be and the same is hereby DENIED.

   DONE this 13th day of August, 2007.

                            /s/ Ira DeMent
                            SENIOR UNITED STATES DISTRICT JUDGE