**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIV. ACT. NO. 2:06cv999-ID** |
| **v.** | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

In a prior order entered June 26, 2007, the court granted Plaintiff Cecelia Owens an extension of time either to have new counsel make an appearance in this matter or to make an appearance in this matter *pro se*. (Doc. No. 12.) In a letter dated August 3, 2007, Plaintiff notified the court that she will "represent [herself] until [she] hire[s] another lawyer." (Doc. No. 18.) The court construes Plaintiff's letter as a *pro se* notice of appearance.

Accordingly, it is CONSIDERED and ORDERED that the above-styled cause be and the same is hereby REFERRED to the magistrate judge for further proceedings and determination or recommendation as may be appropriate.

DONE this 13th day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE