# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**CECELIA OWENS,**

**PLAINTIFF,**

**CIVIL ACTION NO. 2:06CV999-ID**

**V.**

**LIGHTHOUSE COUNSELING CENTER, INC.,**

**DEFENDANT.**

## NOTICE OF ATTORNEYS' LIEN

COMES NOW David R. Arendall and Allen D. Arnold and files this his lien for attorney's fees and expenses incurred. The undersigned claims a total fee of $6,797.00 for services rendered to the Plaintiff in this matter (Exhibit A). The fee claimed in this matter is further based on the contract between Plaintiff, Cecelia Owens, and the undersigned (Exhibit B).

Respectfully submitted,

/s/ David R. Arendall
_____
David R. Arendall

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on September 10, 2007, I filed the foregoing with the Clerk of this Court using the CM/ECF system of filing which will provide a copy to the Defendant's attorney:

Bruce J. Downey, III

and further that I mailed a copy of the above and foregoing, by Certified Mail, Return Receipt Requested, properly addressed and postage prepaid on September 10, 2007, upon:

Ms. Cecelia Owens
4915 Trammell Road, #H10
Morrow, GA  30260

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO

# NOTICE OF ATTORNEYS' LIEN

## ATTORNEY FEE AGREEMENT

The Client hereby retains and employs Arendall Law Firm, Inc., d/b/a Arendall & Associates (Attorney) to evaluate, investigate and/or prosecute the claim of the undersigned for the recovery of damages for violation of the following statute _Title VII & §1981_ And any related charges perpetrated by and/or such other persons, firms, corporations, or entities as may be later determined to be liable or responsible to the undersigned for violation of the aforementioned statute while the Client was employed at _Lighthouse Counseling Center, Inc._

In payment for services rendered in this undertaking, the Client hereby assigns and transfers to said Attorney and agrees to pay said Attorney the following amounts according to the terms specified:

The term "Net Recovery" shall mean the total recovery (inclusive of interest, attorney's fees, and liquidated damages) less expenses, including any court costs, investigation costs, discovery costs, witness fee bor other expenses advanced by either Client or Attorney incidental to the prosecution and/or settlement of the case.

1. The Client agrees to pay for all expenses required for this action. While Attorney will advance the sums for expenses, Client remains ultimately responsible for these expenses. Should this matter be settled, Client understands that Attorney will deduct from the total amount of the settlement all expenses advanced. In addition to specific expenses, such as filing fees with court, cost of depositions, and the like, Attorney will recover a flat charge of $500 in order to cover the cost of postage, copies, fax machines, long distance phone charges, and the like.

2. The Client agrees to advance to Attorney the sum of $ _NA_ as a retainer for services rendered and to be rendered in the prosecution of this action.

3. Client furthers agrees to equally split (50/50) any recovery with said Attorney, after reimbursement of costs. If a retainer fee is paid, said retainer will be deducted from Attorney's fee at the time of distribution.

4. If Attorneys assert a claim under a federal or state statute allowing recover of attorney's fees, and if attorney's fees are recovered by judgment or by negotiated agreement, then the amount of any such attorney's fees shall be added to the amount of any other recovery, and the contingency fee provided for by this agreement shall be applied to the total amount of monies received from any opposing party including both settlement amounts and recovery of attorney's fees; provided, however, that if any attorney's fee exceeds the contingency fee provided by herein, Attorneys shall have the option of retaining the attorney's fee in lieu of contingency fee.

5. In the event this matter is brought to trial, and the Client does not prevail on this matter, the Client will owe said Attorney nothing further for his services rendered in this action.

It is understood that Client's claim(s) may be settled either before or after suit is filed, or before or after a trial of the case. This agreement does not include a provision for fees on appeal, which will be separately negotiated at a later time if the need arises. It is further understood that no dismissal or settlement of the claim(s) will be made without the consent of Client.

In the event of a structured settlement, the entire fee and expenses of Attorney may be paid in cash at the time of settlement, at the option of Attorney, and shall, in such event, be based upon the present cash value of the entire settlement at the time of the settlement. At the option of the Attorney, the payments may be paid

over a period of a fixed number of years to be set by Attorney, to be based upon the actual cost of the negotiated structured settlement and the percentage of attorney's fees enumerated above.

If, after investigation, it appears that Client's claim(s) do not appear to have merit, Attorney shall have the right to terminate this agreement. At the discretion of the Attorney, he or she may withdraw at any time from the case if the investigation discloses that there is no liability or no assets or no insurance overage on the part of the defendant(s), and if such withdrawal will not prejudice Client. In addition, Attorney may withdraw as counsel for client and terminate this Agreement for any reason which would authorize withdrawal under the applicable Alabama Code of Professional Responsibility.

Client understands that he/she has an obligation to keep Attorney informed of change of address or telephone number. It is critical for Attorney to be able to contact Client for, among other things, settlement of the case. In the event Client has failed to advise Attorney of his or her correct address and/or telephone number at the time Attorney has a settlement offer that can be recommended to Client, Client hereby expressly authorizes Attorney to accept a settlement offer that Attorney believes to represent fair value for settlement of the case. Client further expressly authorizes Attorney to execute any settlement agreement and release on behalf of Client, including any terms regularly and/or customarily included in such settlement agreement and release. Finally, in such event Client expressly authorizes Attorney to endorse Client's name on any check for the proceeds of such settlement and to deposit said check into the trust account of Attorney, holding Client's portion of said proceeds until such time as Client gets in contact with Attorney again.

No promise or representation has been made by Attorney as to the outcome of the claim(s) or litigation, or as to what sums of money, if any, Client may be entitled to recover in this case. Attorney has advised Client that he or she is not in a position to offer tax advice and that Attorney makes no representation regarding the tax treatment of any payments Client may receive. Client understands that Attorney has not been retained to provide any opinion or advice on tax issues. Client understands that the tax treatment of any payment he/she may receive must be determined by him/her and his/her accountant or tax counsel and, of course, by the IRS.

If for any reason the services of Attorney are canceled prior to trial or a settlement offer from defendant is recommended by Attorney and is not accepted by the Client, then the Client agrees to pay the Attorney the greater of his regular hourly rate for services rendered on the Client's behalf in this action or the fee the attorney would have received from the recommended settlement offer.

IMPORTANT: IT IS YOUR RESPONSIBILITY TO STAY IN TOUCH WITH US WITH ANY CHANGE OR PHONE NUMBER OR ADDRESS. BY SIGNING THIS CONTRACT YOU HAVE AGREED TO KEEP OUR FILE UPDATED WITH YOUR CORRECT ADDRESS AND PHONE NUMBER. IF YOU FAIL TO DO SO, WE, AS YOUR ATTORNEYS, HAVE YOUR PERMISSION TO NOT FILE SUIT WITHOUT PREPAYMENT OF FILING FEES, EVEN IF BY FAILING TO DO SO YOUR CLAIMS ARE STATUTORY BARRED FOREVER.

Dated: 11/21/05

_____ (Attorney)

_____ (Client)

_____ (Client)

_____ (Client)

# EXHIBIT B

# TO

# NOTICE OF ATTORNEYS' LIEN

# Time Report of Arendall & Associates

Time Record Details

Printed on 5/29/2007 11:26:47 AM

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 11/20/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| | | | Receipt and review of documents, etc from client | | | | |
| 11/21/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 1.00 Hours | 300.00 |
| | | | Initial conference with client | | | | |
| 11/21/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.39 |
| | | | Postage | | | | |
| 11/23/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| | | | Preparation of EEOC charge; Letter to client | | | | |
| 11/23/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 1.00 |
| | | | Copies 4 @ .25 | | | | |
| 12/22/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| | | | Letter to client -- failed to sign all pages | | | | |
| 12/22/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| | | | Copies 1 @ .25 | | | | |
| 12/22/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.39 |
| | | | Postage | | | | |
| 12/21/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| | | | Copies 1 @ .25 | | | | |
| 12/21/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| | | | Receipt and review of email from client | | | | |
| 12/21/2005 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| | | | Email to client | | | | |
| 3/22/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| | | | Email to client | | | | |
| 3/22/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| | | | Copies 1 @ .25 | | | | |
| 3/23/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| | | | Copies 1 @ .25 | | | | |
| 3/23/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| | | | Receipt and review of email from client | | | | |
| 7/26/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | phone | EEOC | 0.20 Hours | 32.00 |
| | | | with Jean Walker - cause finding on retaliation | | | | |
| 8/1/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 90.00 |
| | | | Telephone call from client taken by R. Sizemore; Discuss with R. Sizemore contents of message. | | | | |
| 8/9/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| | | | Email to client | | | | |
| 8/9/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| | | | Email to client | | | | |
| 8/9/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| | | | Receipt and review of email from client | | | | |
| 8/9/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | Letter to Clients | Correspondence | 0.30 Hours | 48.00 |
| | | | email | | | | |
| 8/9/2006 | David Allen | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| | | | Copies 2 @ .25 | | | | |

# Time Report of Arendall & Associates

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 8/9/2006 | Allen | Owens, Cecilia | Lighthouse Counseling | Letter to Clients | Correspondence | 0.30 Hours | 48.00 |
| 8/10/2006 | Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 8/10/2006 | Allen Email from client | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| 8/10/2006 | David Copies 1 @ .25 | Owens, Cecilia | Lighthouse Counseling | Letter From Client | Correspondence | 0.10 Hours | 16.00 |
| 8/10/2006 | Allen email from client | Owens, Cecilia | Lighthouse Counseling | Letter to EEOC | Correspondence | 0.10 Hours | 16.00 |
| 8/30/2006 | Allen request RTS | Owens, Cecilia | Lighthouse Counseling | phone | Telephone | 0.10 Hours | 16.00 |
| 8/30/2006 | Allen Jean Walker of EEOC | Owens, Cecilia | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 9/25/2006 | Allen email from client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.40 Hours | 120.00 |
| 9/26/2006 | David Letter to/from client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 1.00 Hours | 300.00 |
| 10/27/2006 | David Preparation of complaint | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 10/31/2006 | Allen Email from client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| 10/31/2006 | Allen Email to client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 10/31/2006 | David Postage (Certified Mail) | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 7.00 |
| 10/31/2006 | David Mailed original and copy of complaint, summons, envelope, green card, etc to Court for filing with letter | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 10/31/2006 | David Filing Fee | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 350.00 |
| 10/31/2006 | David Copies 90 @ .25 | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 22.50 |
| 10/31/2006 | Allen email to client | Owens, Cecilia | Lighthouse Counseling | Correspondence | Correspondence | 0.30 Hours | 48.00 |
| 10/31/2006 | David Copies 3 @ .25 | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.75 |
| 11/1/2006 | Allen email from client | Owens, Cecilia | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 11/7/2006 | Allen Letter to client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 90.00 |
| 11/7/2006 | David Copies 2 @ .25 | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| 11/29/2006 | David Defendant's answer; Letter to client | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |

Page 2

# Time Report of Arendall & Associates

## Time Record Details

Printed on 5/29/2007 11:26:49 AM

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 11/30/2006 | David Allen | Owens, Cecilia Copies 1 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| 11/30/2006 | David Allen | Owens, Cecilia Letter to client | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 90.00 |
| 12/5/2006 | David Allen | Owens, Cecilia Email from client | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 12/5/2006 | David Allen | Owens, Cecilia Copies 2 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| 12/6/2006 | David Allen | Owens, Cecilia Email from Client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 12/6/2006 | David Allen | Owens, Cecilia Email from client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 16.00 |
| 12/6/2006 | David Allen | Owens, Cecilia Email to client | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 12/7/2006 | David Allen | Owens, Cecilia email from client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 12/8/2006 | David Allen | Owens, Cecilia requested draft of Report for Monday by DEF Atty | Lighthouse Counseling | RPPM | Telephone | 0.20 Hours | 32.00 |
| 12/8/2006 | David Allen | Owens, Cecilia Email to opposing counsel; Draft of RPPM | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 80.00 |
| 12/12/2006 | David Allen | Owens, Cecilia Bruce Downey questions and filing | Lighthouse Counseling | RPPM | Telephone | 0.20 Hours | 32.00 |
| 12/12/2006 | David Allen | Owens, Cecilia Email from opposing counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 12/12/2006 | David Allen | Owens, Cecilia emailed RPPM to counsel | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 1/16/2007 | David Allen | Owens, Cecilia Initial Disclosures | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 1/19/2007 | David Allen | Owens, Cecilia Email from client | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 48.00 |
| 1/22/2007 | David Allen | Owens, Cecilia Email received from client/response to client | Lighthouse Counseling | Correspondence | Correspondence | 0.30 Hours | 48.00 |
| 1/22/2007 | David Allen | Owens, Cecilia Email to client | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 32.00 |
| 1/26/2007 | David Allen | Owens, Cecilia Email from client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 16.00 |
| 1/26/2007 | David Allen | Owens, Cecilia Email to client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 16.00 |
| 1/26/2007 | David Allen | Owens, Cecilia Email to/from Client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 1/31/2007 | David Allen | Owens, Cecilia Receipt and review of letter and Defendant's Initial Disclosures | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 2/5/2007 | David Allen | Owens, Cecilia Defendant's Initial; Letter to Defendant; Review of documents; Letter to client | Lighthouse Counseling | General/Miscellaneous | General | 1.30 Hours | 390.00 |

# Time Report of Arendall & Associates

Printed on 5/29/2007 11:26:51 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 2/7/2007 | David | Owens, Cecilia Preparation of Interrogatories and Request for Production | Lighthouse Counseling | General/Miscellaneous | General | 1.00 Hours | 300.00 |
| 2/8/2007 | David | Owens, Cecilia Letter to defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 30.00 |
| 2/8/2007 | David | Owens, Cecilia Letter to client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 30.00 |
| 2/9/2007 | David | Owens, Cecilia Receipt and review of letter from defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| 2/13/2007 | David | Owens, Cecilia Email from/to client | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 2/13/2007 | Allen | Owens, Cecilia from client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 2/15/2007 | David | Owens, Cecilia Copies 4 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 1.00 |
| 2/15/2007 | David | Owens, Cecilia Email to client | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 2/19/2007 | Allen | Owens, Cecilia email to client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 2/19/2007 | David | Owens, Cecilia Email to client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 30.00 |
| 2/19/2007 | David | Owens, Cecilia Copies 2 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| 2/23/2007 | Allen | Owens, Cecilia Email from Client | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 32.00 |
| 2/23/2007 | David | Owens, Cecilia Email from client | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 16.00 |
| 3/2/2007 | David | Owens, Cecilia Letter to client | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| 3/8/2007 | David | Owens, Cecilia Letter to defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 30.00 |
| 3/12/2007 | David | Owens, Cecilia Copies 2 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| 3/12/2007 | David | Owens, Cecilia Email from defense counsel; Email to defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| 3/22/2007 | David | Owens, Cecilia Letter from defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 30.00 |
| 3/22/2007 | David | Owens, Cecilia Letter to Defendant; Review of decision | Lighthouse Counseling | General/Miscellaneous | General | 1.20 Hours | 360.00 |
| 3/27/2007 | David | Owens, Cecilia Review of documents from Defendant | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 150.00 |
| 3/29/2007 | David | Owens, Cecilia Letter to defense counsel | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| 3/29/2007 | David | Owens, Cecilia Copies 2 @ .25 | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |

# Time Report of Arendall & Associates

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 4/16/2007 | Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 40.00 |
| Email from/to client | | | | | | | |
| 4/16/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| Copies 2 @ .25 | | | | | | | |
| 4/18/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 60.00 |
| Letter to Defendant | | | | | | | |
| 4/19/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.10 Hours | 35.00 |
| Letter to defense counsel | | | | | | | |
| 4/25/2007 | Allen | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 40.00 |
| Email from client | | | | | | | |
| 4/25/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| Copies 2 @ .25 | | | | | | | |
| 4/25/2007 | Allen | Owens, Cecilia | Lighthouse Counseling | Correspondence | Correspondence | 0.20 Hours | 40.00 |
| email client | | | | | | | |
| 5/1/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 6.25 |
| Copies 25 @ .25 | | | | | | | |
| 5/1/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| Copies 2 @ .25 | | | | | | | |
| 5/1/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.20 Hours | 70.00 |
| Phone with Defendant | | | | | | | |
| 5/2/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.30 Hours | 105.00 |
| Email to/from client | | | | | | | |
| 5/11/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 2.00 Hours | 700.00 |
| Review of discovery from Defendant; Letter to Defendant, client | | | | | | | |
| 5/15/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.50 Hours | 175.00 |
| Letter to client with enclosures; Letter to defense counsel | | | | | | | |
| 5/21/2007 | David | Owens, Cecilia | Lighthouse Counseling | General/Miscellaneous | General | 0.40 Hours | 140.00 |
| Email from/to client | | | | | | | |
| 12/22/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.25 |
| Copies 1 @ .25 | | | | | | | |
| 12/26/2007 | David | Owens, Cecilia | Lighthouse Counseling | Expenses | Expenses | 0.00 Hours | 0.50 |
| Copies 2 @ .25 | | | | | | | |

# Time Report of Arendall & Associates

Summary Information

| | |
|---|---|
| Number of Records: | 104 |
| Total Duration: | 26.10 Hours |
| Total Mileage: | 0.00 |
| Total Time Fee: | $6,797.00 |
| Total Expense: | $396.03 |
| Total Travel Fee: | $0.00 |
| Total Tax: | $0.00 |
| Total Fee: | $7,193.03 |
| Hours Breakdown: | 8.20 Hours at $160.00/Hour |
| | 0.60 Hours at $200.00/Hour |
| | 13.80 Hours at $300.00/Hour |
| | 3.50 Hours at $350.00/Hour |

PAYMENT: 09/07/07                  ($393.03)

CURRENT BALANCE:                   $6,797.00