IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv999-ID |
| v. | ) |
| | ) |
| **LIGHTHOUSE COUNSELING CENTER, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

On August 13, 2007, the court referred the above-styled case to the magistrate judge for further proceedings and determination or recommendation as may be appropriate. (Doc. No. 20.) Based upon that referral, it is CONSIDERED and ORDERED that the Uniform Scheduling Order, entered by the undersigned on December 19, 2006 (Doc. No. 9), be and the same is hereby VACATED.

DONE this 9th day of October, 2007.

                                                 /s/ Ira DeMent
                                                 SENIOR UNITED STATES DISTRICT JUDGE