IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>LIGHTHOUSE COUNSELING )<br>CENTER, INC., )<br>)<br>  Defendant. ) | CIVIL ACTION NO.  2:06cv999-ID |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a scheduling conference on October 30, 2007, at 10:30 a.m. in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**The plaintiff is specifically cautioned that if she fails to appear as required by this order, the court will treat her failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 9th day of October, 2007.

              /s/Charles S. Coody
              CHARLES S. COODY
              CHIEF UNITED STATES MAGISTRATE JUDGE