IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv999-ID |
| ) | |
| LIGHTHOUSE COUNSELING ) | |
| CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that the scheduling conference presently set for October 30, 2007, at 10:30 a.m. be and is hereby **RESET to October 29, 2007 at 11:00 a.m.** in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**The plaintiff is specifically cautioned that if she fails to appear as required by this order, the court will treat her failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 16th day of October, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE