**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Cecelia Owens
   5915 Trammell Road H10
   Morrow, GA 30260

   06-999 Order #23

2. Article Number
   (Transfer from service label)

   7006 2760 0005 4873 8153

PS Form 3811, February 2004    Domestic Return Receipt                    102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                ☐ Agent
                                ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Cecelia Owens

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes