IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

2007 NOV 19 A 9: 52

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CECELIA OWENS, ) | |
| ) | |
| Plantiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING ) | |
| CENTER, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FIRST NOTICE TO TAKE DEFENDANTS' DEPOSITION AND SECOND REQUEST FOR DOCUMENTS

TO:  Capell & Howard, P.C.  Counsel for Defendant
     150 South Perry Street (36104)
     P.O. Box 2069
     Montgomery, AL  36102-2069

Please take notice that Plantiff will take the deposition of David Belser, Candace DeKruyff, and Carianne Stinson pursuant to the Federal Rules of Civil Procedure beginning Thursday, December 27, 2007 at 10:00am to continue from day to day until completed. This deposition will be held at the Riverdale Presbyterian Church, 6611 Church Street, Riverdale, GA 30274, upon oral examination before a Notary Public, or some other officer authorized by law to administer oaths.

　　Plantiff has received no written response concerning requests for documents from defendant made in September 2007. Plantiff is requesting again that defendant produce all documents requested in September 2007 during or before Plantiff's deposition on November 21, 2007.

Dated this the 16th day of November, 2007

*[signature: Cecelia Owens 11/16/07]*
**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office: 770-991-2334
Email: ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. by facsimile and United States mail and a copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax    334-323-8888

*[signature: Cecelia Owens 11/16/07]*
Pro Se    Plantiff

Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA 30260



ATLANTA GA
16 NOV 2007 PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711