IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| Plantiff, | ) |
| vs. | ) CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) |
| Defendant. | ) |

**NOTICE TO RESCHEDULE PLANTIFF'S DEPOSITION**

TO:  Capell & Howard, P.C.  Counsel for Defendant
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL  36102-2069

This is notification to reschedule Plantiff's deposition due to the delay of arrival of husband Tommy Owens from Baghdad, Iraq.  The original arrival date was for today, November 20, 2007.  That date has now been changed to tomorrow, November 21, 2007 and I must be here in Atlanta for his arrival and pick up. I do apologize for any inconvenience, but we have no control over military procedures or orders during war-time (Operation Iraqi Freedom).

Plantiff is available on the following dates in December for re-scheduling the deposition: December 26, 27, or 28, 2007 and January 2, 3, or 4, 2008. This is Plantiff's two week Christmas break from school.  Plantiff also request to reschedule the depositions of Dekruyff, Belser and Stinson immediately (within 1 day) following Plantiff's deposition to be held in Montgomery, Alabama.

Dated this the 20th day of November, 2007

*[signature: Cecelia Owens]*
**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. by phone on November 20, 2007 at 10:15 central time, facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax    334-323-8888

*[signature: Cecelia Owens]*
Pro Se    Plantiff