IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Cecelia Owens ,  )
 )
 Plaintiff, )
 )
v. ) CASE NO. 2:06-cv-999
 )
Lighthouse Counseling )
Center ,  )
 Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity         Relationship to Party

12-5-07
Date

Signature  Cecelia Owens Pro Se
Counsel  Cecelia Owens
Counsel for (print names of all parties)
6245 Hillcrest Dr. Morrow, GA 30260
Address, City, State Zip Code
678-489-7697
Telephone Number

Also requires a certificate of Service

CERTIFICATE OF SERVICE

This document has been sent to the Defendants counsel, Bruce Downey, Capell & Howard via fax with confirmation to 334-323-8888 in Montgomery, Alabama.

Signed and Dated

*Cecelia Owens 12/5/07*   Cecelia Owens
Plantiff Pro Se

6245 Hillcrest Drive
Morrow, GA 30260
Phone 770-991-2334

CERTIFICATE OF SERVICE

This document has been sent to the Defendants counsel, Bruce Downey, Capell & Howard via fax with confirmation to 334-323-8888 in Montgomery, Alabama.

Signed and Dated

*Cecelia Owens* 12/5/07     Cecelia Owens
Plantiff Pro Se

6245 Hillcrest Drive
Morrow, GA 30260
Phone 770-991-2334

Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA 30260




United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

CASE # 2:06-CV-00999ID