IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| Plantiff, | ) ) ) |
| vs. | ) ) |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 2:06CV999-ID

## SECOND NOTICE TO TAKE DEFENDANTS' DEPOSITION AND THIRD REQUEST FOR DOCUMENTS

TO:  Capell & Howard, P.C.  Counsel for Defendant
     150 South Perry Street (36104)
     P.O. Box 2069
     Montgomery, AL  36102-2069

Please take notice that Plantiff will take the deposition of David Belser, Candace DeKruyff, and Carianne Stinson pursuant to the Federal Rules of Civil Procedure beginning Saturday, January 26, 2008 at 10:00am to continue from day to day until completed. This deposition will be held at a location in the Middle District of Alabama upon oral examination before a Notary Public, or some other officer authorized by law to administer oaths. Plantiff will notify defendants' counsel of the location.

Plantiff has received a response concerning requests for documents from defendant made in September 2007, however no documents have been sent to Plantiff. Plantiff is requesting again that defendant produce all documents requested in September 2007 in addition to other documents in ample time for review before defendant's

deposition on January 26, 2008. These files/documents should include a complete copy of Plantiff's employee file which has been previously requested three times. A complete copy of Carianne Stinsons and Candace DeKryruff's employee file. These two files were turned over to Plantiffs previous attorney, Arendall and Associates with critical documents missing that pertain to Plantiff's EEOC charge, pertinent salary letters/history information and disciplinary actions. In April 2006, Candace DeKryuff removed disciplinary actions and other documents from Carianne Stinson's file which directly supports Plantiff's case and while the EEOC charge was being investigated. Again, another example of DeKryuffs disregard for the law in this case. The files of Candace DeKryruff and Carianne Stinson have been altered and do not include documents that are critical to Plantiff's claim. A copy of the employee file of Eliza Byrd. A copy of the Employee Handbook that was valid during the time of Plantiff's employment, not the current one that was sent which has been altered and information changed expo facto. A copy of Candace Dekryuff contract to include all details of duties and salary/benefits, begin date and end date. Finally a copy of any lawsuits, complaints or cases and their resolution within the last five years, please include all dollar amounts.

      Plantiff reserves the right to request any other documents that are pertinent to this claim.

Dated this the 2th day of January, 2008

                                          **Cecelia Owens, Pro Se**
                                          **Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. by facsimile and United States mail and a copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax    334-323-8888

                                          Pro Se     Plantiff

/attachment

**Attachment:**

**Additional Witness for the Plantiff:**

1. Bob Wynn, Department of Mental Health, Montgomery Alabama
2. Claude Hurt, Candidate selected and offered position of Business Manager
3. Lisa Carroll, Former Lighthouse Clinical Director