IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.:  2:06CV999-ID |
| **LIGHTHOUSE COUNSELING** ) | (Filed per Order of the Court) |
| **CENTER, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF RESUMPTION OF DEPOSITION

TO:   Cecelia Owens
        6245 Hillcrest Drive
        Morrow, Georgia  30260

PLEASE TAKE NOTICE that Defendant Lighthouse Counseling Center, Inc., will resume the video deposition of Cecelia Owens, pursuant to the Federal Rules of Civil Procedure, beginning at 1:00 p.m. on January 21, 2008, to continue from day to day until completed.  The deposition will be held at the offices of Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama, 36104 upon oral examination before a Notary Public, or some other officer authorized by law to administer oaths.

Deponent is requested to bring with her to the deposition all documents that will supplement her production of documents on December 26, 2007 and any documents which may enable her to identify the person from the CDC she supposedly met with in Atlanta or the person with the Tuskegee University HIV program with whom she supposedly met.  Deponent is further requested

1

to bring with her any statements or affidavits that she, or anyone else acting on her behalf, may have obtained in this matter.

              **s/Bruce J. Downey, III**
              **BRUCE J. DOWNEY, III**
              **Attorney for Defendant**
              **Lighthouse Counseling Center**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing pleading upon the pro se Plaintiff, Cecelia Owens, by placing a copy of same in the United States mail and Certified Mail, Return Receipt Requested, postage prepaid and properly addressed, this the 4th day of January, 2008:

        Cecelia Owens
        6245 Hillcrest Drive
       Morrow, Georgia  30260

              **s/Bruce J. Downey, III**
              OF COUNSEL