IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA OWENS,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **CASE NO.: 2:06CV999-ID** |
| **LIGHTHOUSE COUNSELING** ) | **(Filed per Order of the Court)** |
| **CENTER, INC.,** ) | |
| ) | |
|    **Defendant.** ) | |
| ) | |

**DEFENDANT LIGHTHOUSE COUNSELING CENTER, INC.'S
REQUEST FOR PRODUCTION TO PLAINTIFF CECELIA OWENS**

PLEASE TAKE NOTICE that Defendant Lighthouse Counseling Center, Inc. (hereinafter referred to as "Defendant") requests that Cecelia Owens (hereinafter referred to as "Plaintiff") produce and permit Defendant's counsel an opportunity to inspect and copy the following documents and things, in accordance with Rule 34 of the Federal Rules of Civil Procedure, at the offices of CAPELL & HOWARD, P.C., 150 Perry Street, Montgomery, Alabama 36104, within thirty (30) days from the date of service of Defendant's Request for Production of Documents. Compliance with this request can also be made by mailing said documents to the above address.

The requests that follow are to be considered continuing, and Plaintiff is required to provide by way of supplementary answers, such additional information or documents as each of them, or any persons acting on their behalf may hereafter obtain which will augment, clarify, or otherwise modify the answers now given to these requests. Such supplementary responses are to be served upon Defendant within 30 days after receipt of such information or documents.

## INSTRUCTIONS AND DEFINITIONS

A.  If in response to any request for production, Plaintiff asserts a claim of privilege, or any other reason in support of any refusal to produce the requested documents, or any part thereof, Plaintiff must identify each such document in detail to enable Defendant to determine the nature, subject matter, and date thereof. Please disclose the failure to produce each document withheld in whole or in part, with a full explanation of your reasons, and then comply with the request to the extent that the privilege or other reason does not apply to said particular documents or parts thereof.

B.  Definitions:

1.  "Document" means any written, (including handwritten, printed, mimeographed, lithographed, duplicated, typed or other graphic, photographic or electronic) matter of any kind or nature, whether original or copy, includes, without limiting the generality of the foregoing, all letters, telegrams, correspondence, contracts, agreements, purchase orders, specifications, shop drawings, blueprints, manuals, instructions, instructions, warranties, memos, notes, video and audio recordings and transcripts thereof, memoranda of telephone or personal conversations or of meetings or conferences, minutes, board of directors minutes, studies, reports, analyses, test results, interoffice communications, receipts, canceled checks, money orders, invoices and bills in the possession and/or control of the Plaintiff or known by the Plaintiff to exist.

2.  "Person" or "persons" includes, without limitation, individuals, associations, partnerships and corporations.

3.  "Identify" when used with respect to a <u>document</u> means to describe the document in sufficient particularity to withstand valid objections to such description appearing in a subpoena *duces tecum* or request or motion for production of such document, including, but not limited to, the type of document (i.e., "letter"), date, authority and address; and to state the name, address, and business of every person who has such document in his or her possession, custody or control and the location of such document.

4.  "Identify" when used with respect to an <u>individual</u> means to state the person's full name, present occupation and business affiliation, present home address and business address, present home telephone number and business telephone number and present and past business affiliations or relationships, if any, with any of the parties to this action.

5.  "Identify" when used with respect to a <u>business enterprise</u>, means to state that enterprise's legal name, the names under which it does business if other than its legal name, its form (e.g., proprietorship, partnership, corporation, etc.) of doing business; if incorporated, the state of incorporation, the address of its principal office or place of business, and the name and address of each of its officers and directors at all times material to the matter inquired about; if a partnership, the name and address and interest of each partner at all times material to the matters inquired about.

## **REQUEST FOR PRODUCTION**

1.  Copies of all of your individual and joint state and federal tax returns for 2000-2007.

    RESPONSE:

2.  Copies of any and all documents that prove that you have received any doctoral (Ph.D.) degree, especially including the degree you assert you received from the school in Louisiana or any degree in any religious studies.

RESPONSE:

3.  Copies of any records from your doctoral program that will assist you in identifying the fellow student who you claim to have consulted concerning CDC grants.

RESPONSE:

**s/Bruce J. Downey, III**
**BRUCE J. DOWNEY, III**
**Attorney for Defendant**
**Lighthouse Counseling Center**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the pro se Plaintiff listed hereinbelow, placing a copy of same in the United States mail and via Certified Mail, Return Receipt Requested, postage prepaid and properly addressed, this the 9th day of January, 2008:

Cecelia Owens
6245 Hillcrest Drive
Morrow, Georgia  30260

**s/Bruce J. Downey, III**
OF COUNSEL

1111052.doc