IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
| Plantiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING | ) |
| CENTER, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIRD NOTICE TO RESCHEDULE DEFENDANTS DEPOSITION AND FOURTH REQUEST FOR DOCUMENTS**

TO:  Capell & Howard, P.C. Counsel for Defendant
     150 South Perry Street (36104)
     P.O. Box 2069
     Montgomery, AL 36102-2069

This is notification to reschedule Defendant's deposition due to the failure of Defendant to turn over pertinent documents vital to the defense of Plantiff's case. Defendants has continued to remove documents or leave out information requested of them as late as Friday, January 18, 2008. Plantiff submitted request three previous times and traveled from Atlanta to copy documents only to find them missing. During Plantiff's deposition on January 21, 2008, Plantiff again requested documents to be reviewed before Defendants deposition which was scheduled for January 26, 2008. Plantiff will now take the deposition of defendants on Saturday, February 2, 2008 providing documents are turned over to Plantiff in the Middle District of Alabama upon oral examination before a Notary Public, or some other officer authorized by law to administer oaths.

Plantiff request the following missing documents.

1. A copy of Candace DeKryuff's complete employment contract with timeframe, pay, responsibilities, and any expenses allowed.... specifically mileage allowed.

2. A copy of the employment files of Timothy Kemp, Mark Rollins, Eliza Byrd.

3. A copy of the job description of the current Deputy Director at the time of hire and any changes to date of that job description.

4. A copy of Carianne Stinsons' September 2005 expense statement. An accurate report of all monies paid to Carianne Stinson for travel expenses from her home in Birmingham to the Lighthouse Counseling Center from the time she began working from home to the present for years 2005, 2006, and 2007.

5. A copy of the policy manual effective for the period September through November 2005.

6. A copy of all lawsuits by employees, clients, vendors, contractors or anyone filed against the Defendant in the last 5 years and their dispositions.


Dated this the 22th day of January, 2008

*Cecelia Owens*
**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. on January 22, 2008 by facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax    334-323-8888

*Cecelia Owens*
Pro Se    Plantiff