IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| Plantiff, | ) |
| vs. | ) CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) |
| Defendant. | ) |

## MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS

TO: Capell & Howard, P.C. Counsel for Defendant
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069

Plantiff seeks the courts intervention in compelling the defendants to turn over discovery documents that have been requested four previous times. The defendant and their counsel have failed to turn over documents that have been requested as far back as September 2007, and continue to withhold documents that are critical to the defense of Plantiff's case. Defendants continue to withhold the documents which has forced Plantiff to have to reschedule their deposition which was previously scheduled on January 26, 2008.

Defendant has written an elaborate response to Plantiff's fourth request for documents and third notice of deposition but left out the true facts of the scheduling issues. Plantiff's first notice of deposition in August 2007 came with a two day notice and was never discussed with Plantiff prior to scheduling. Plantiff objected to the courts at that time and stated the reasons. The next time Plantiff deposition was agreed upon by both parties and scheduled, was November 22, 2007. Plaintiff had to reschedule that deposition, and it was communicated to defendant with the reason for rescheduling, and defendant agreed. The reason for rescheduling on November 22, 2007 was due to Plantiff's spouse return from Operation Iraqi Freedom, Baghdad. The return from war flight came in late, and therefore conflicted with the deposition date. Plantiff did agree to being deposed on December 26, 2007 and kept that commitment. Plantiff never agreed to stay until 7:00pm on December 26, 2007 due to emergency surgery scheduled for Plantiffs spouse caused by hazards of war during Operation Iraqi Freedom while serving in a combat zone. Plantiff understand's and respects the responsibilities of this case and accepts that responsibility. The frustrations of the defendants now that they have taken Plantiff's deposition, are due to their lack of a legal, viable defense for their acts of discrimination and retaliation against the Plantiff.

Defendants have also tried desperately to take advantage of the fact that Plantiff is not represented by legal counsel at this time. Plaintiff was disposed for a total 6 and ½ hours and answered all questions, and endured all personal and professional attacks from defendant's counsel. Now it is defendant's time to be deposed and all of a sudden, they

refuse to produce documents, are stalling, and refuse to schedule their deposition after hours as they had agreed to previously, all while issuing threats and ultimatums.

Now Plantiff does not have defendants sworn testimony on record and cannot reschedule due to documents not turned over by defendants. Plantiff is aware of the deadline for discovery, but defendants are not cooperating.

Plantiff seeks the courts intervention in this matter.

Dated this the 24th day of January, 2008

*Cecelia Owens*

**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

# CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. on January 24, 2008 by facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax 334-323-8888

                  _____
                  Pro Se Plantiff