IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| **CECELIA OWENS,** )<br>)<br>Plantiff, )<br>)<br>vs. )<br>)<br>**LIGHTHOUSE COUNSELING** )<br>**CENTER, INC.,** )<br>)<br>Defendant. )<br>) | JAN 28 A 4:07<br><br>U.S. DISTRICT<br>MIDDLE DISTRICT<br><br>CASE NO.: 2:06CV999-ID |

## NOTICE OF DEPOSITIONS

TO:  Capell & Howard, P.C. Counsel for Defendant
     150 South Perry Street (36104)
     P.O. Box 2069
     Montgomery, AL  36102-2069

Please take notice that Plantiff will take the depositions of Timothy Kemp, Mark Rollins, and Clifton Lovejoy pursuant to the Federal Rules of Civil Procedure beginning Saturday, February 2, 2008 at 10:00am to continue until completed. These depositions will be held at Reagan Reporters, Carmichael Rd. Montgomery, AL beginning at 10:00am, upon oral examination before a Notary Public, or some other officer authorized by law to administer oaths.

Dated this the 24th day of January, 2008

                                                       **Cecelia Owens, Pro Se**
                                                       **Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334   Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. on January 24, 2008 by facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax   334-323-8888

                                                                                Pro Se    Plantiff