IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS,  )  )  Plaintiff,  )  )  vs.  )  )   CASE NO.:  2:06CV999-ID  )  LIGHTHOUSE COUNSELING  )  CENTER, INC.,  )  )  Defendant.  )  ) | |

**MOTION FOR A PROTECTIVE ORDER**
**TO PREVENT PLAINTIFF FROM CONDUCTING DEPOSITION**
**ON SATURDAY, FEBRUARY 2, 2008**

Despite the fact that Plaintiff has repeatedly been told that Defendant's representative and Defendant's counsel are not available on Saturday, February 2, 2008, Plaintiff has noticed the deposition of three witnesses, Timothy Kemp, Mark Rollins and Clifton Lovejoy, for that date [Doc. 41]. Plaintiff is apparently unaware or simply has chosen to ignore the obligation to consult with Defendant's counsel and schedule discovery at a mutually-convenient time. Defendant and Defendant's counsel have been extraordinarily cooperative with the Plaintiff as set out in Defendant's Response to Plaintiff's Motion to Compel [Doc. 42]. Defendant has never previously refused a date for discovery suggested by Plaintiff, and Defendant's counsel is personally available all day on February 4th and 5th for these depositions. Defendant also has no objection to a reasonable extension of the discovery cutoff now set for February 5, 2008.

Defendant's counsel is generally unable to reach Plaintiff by telephone but has faxed and emailed a copy of this motion to the Plaintiff asking that she contact him before 4:30 p.m. on this date, January 29, 2008, in hopes that the necessity of this motion could be obviated. If this motion is filed, it will be because the Plaintiff failed to respond or responded but remained adamant that the depositions be held on the date she unilaterally selected.

Respectfully submitted,

                        **s/Bruce J. Downey, III**
                        **BRUCE J. DOWNEY, III**
                        **Attorney for Defendant**
                        **Lighthouse Counseling Center, Inc.**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 29th day of January, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cecelia Owens
6245 Hillcrest Drive
Morrow, Georgia  30260
Via Facsimile at: 770-991-1505 and 770-991-2334
Via Email at: owensacademy@comcast.net and ceceliaowens@comcast.net

                        **s/Bruce J. Downey, III**
                        OF COUNSEL