IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv999-ID |
| | ) |
| LIGHTHOUSE COUNSELING CENTER, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 40) and the defendant's motion for a protective order (doc. # 43). Upon consideration of the motions, and for good cause it is

ORDERED that oral argument on the plaintiff's motion to compel (doc. # 40) and the issue of scheduling depositions be and is hereby set for **2:00 p.m. CST on February 13, 2008**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the motion for a protective order (doc. # 43) be and is hereby GRANTED and the depositions set for February 2, 2008 be and are hereby STAYED pending further proceedings before this court.

Done this 29th day of January, 2008.

                          /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE