IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| **CECELIA OWENS,** | ) 2008 FEB -7  A 9: 24 |
|  | ) |
| **Plaintiff** | ) BRA P. HACKET |
|  | ) U.S. DISTRICT COUR |
| **vs.** | ) MIDDLE DISTRICT AL |
|  | ) |
|  | ) **CASE NO.: 2:06CV999-ID** |
| **LIGHTHOUSE COUNSELING** | ) |
| **CENTER, INC.,** | ) |
|  | ) |
| **Defendant** | ) |
|  | ) |

**MOTION TO EXTEND DISCOVERY**

TO:  Capell & Howard, P.C. Counsel for Defendant
      150 South Perry Street (36104)
      P.O. Box 2069
      Montgomery, AL  36102-2069

The Plantiff is requesting an extension of discovery for 45 days for the following reasons:

1. Plantiff has not received documents requested from defendants to prepare for defendant's depositions. This issue caused Plantiff to have to reschedule defendant's depositions and presently the date and time has not been agreed upon by both parties. Defendant's counsel has informed Plantiff that documents are now all available and arrangements are being made to get them. Time has been exhausted due to not receiving the documents, and therefore Plantiff has not been able to schedule any depositions prior to the discovery end date.

2. Plantiff also scheduled witnesses depositions and defendant objected. The courts granted a STAY of these depositions with arguments to be heard on February 13, 2008.

3. Plantiff is requesting that the issues in this motion be considered and resolved during February 13, 2008 hearing. These issues have greatly hindered the Plantiff from defending her case and completing the discovery process.

Dated this the 5th day of December, 2008

*[signature: Cecelia Owens]*

**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. on February 5, 2008 by facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax    334-323-8888

_____
Pro Se    Plantiff

Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA 30260

ATLANTA GA 303

05 FEB 2008 PM 2 L

LET US DARE
THINK, SPEAK
John Adams, 1765
powerofthe

United States District Court
Middle District of Alabama
Clerk of Court
P.O. Box 711
Montgomery, AL 36104-0711

36101+0711