IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING | ) |
| CENTER, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

2008 FEB 13 A 10: 06

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLANTIFF 's RESPONSE TO MOTION TO CLARIFY AND AMEND DEFENDANT'S ANSWER

TO: Capell & Howard, P.C. Counsel for Defendant
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069

Discovery has also revealed several situations that are of the same and more serious conduct by the defendants and other employees while employed at the Lighthouse and continuing who have not been terminated or even reprimanded. Plantiff objects to the defendants motion to clarify and amend answers for the following reasons:

1. Listed in the policy handbook of the Lighthouse are several offenses that could warrant discipline and up to termination that includes falsifying documents, inefficiency in job duties, and insubordination as well as the offense by the Plantiff and other offenses all in the same category.

2. This motion cannot be based on a hypothetical situation that did not happen. The defendant did in fact discriminate and retaliate against the Plaintiff which is a violation of Plaintiff's civil rights. Further, the defendants have a practice of civil

rights violations before, during and even after Plantiff's employment as revealed by several other employees in their EEOC complaints. Defendant cannot say that Plantiff would have been terminated if knowledgeable of Plantiff's offense because there are clearly several offenses of this nature and others that have been committed and are being committed by defendants and several employees that are documented that have not led to termination of those employees. The documentation of such will be presented to the courts during the February 13, 2008 hearing. These are documents that were turned over to the Plaintiff during discovery. Further, Plaintiff had no disciplinary actions of any kind in her employee file and has documented, exemplary comments by her supervisor, Candace DeKryruff concerning the job that she was doing.

3. The written policies in the Lighthouse handbook are for all employees. There is no special policy written for the Plaintiff who was Deputy Director. Defendant is not truthful in stating that Plantiff would have been terminated because several similar situations have not yielded an action of termination under the same or worst circumstances. This expo facto notion is not consistent with the Defendants practices or written policies and procedures. The Plaintiff does regret the offense and took responsibility for it, however there is no specification or directive in the policy handbook that specifically list procedures of reporting, steps to reporting, or any direction provided in this area. Plantiff did sign a release without hesitation during employment for a criminal background check as did all other employees.

4. This motion to clarify and amend is just another attempt to defame the character of the Plantiff, and divert from the facts and the real issue of discrimination and

retaliation that is so commonly practiced by the Defendant that they actually think that this is right. Disparate treatment, violating civil rights and changing the rules as they operate is common in the organization and deeply embedded in their culture. It is clearly reflected and documented in Defendants management, decision-making, discipline of employees, salary disparity and in their total operations. This motion is again proof of trying to hold Plantiff to a standard that they themselves violate daily and with premeditation.

5. Plantiff is requesting that this motion be denied.

Dated this the 8th day of February, 2008

*Cecelia Owens*
**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:  770-991-2334
Email:  ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon the defendant's counsel Bruce Downey of Capell & Howard, P.C. on February 8, 2008 by facsimile with confirmation and United States mail. A copy to the United States District Court for the Middle District of Alabama Northern District by United States mail.

To:
Bruce Downey
Capell & Howard
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Fax   334-323-8888

                                                      Pro Se    Plantiff