IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CECELIA OWENS,                            )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )          CIVIL ACTION NO.  2:06cv999-ID
                                          )
LIGHTHOUSE COUNSELING                     )
CENTER, INC.,                             )
                                          )
          Defendant.                      )

**ORDER**

Now pending before the court are the following motions: (1) the plaintiff's January 28, 2008, motion to compel (doc. # 40); (2) the plaintiff's February 7, 2008, motion for an extension of time to complete discovery (doc. # 45); and (3) the defendant's February 7, 2008, motion to clarify and amend answer (doc. # 46).  Oral argument on the motions was held on February 13, 2008.  Upon consideration of the motions and for good cause, it is

ORDERED as follows:

1.       That the plaintiff's motion to compel (doc. # 40) be and is hereby DENIED as moot.

2.       That the plaintiff's motion for an extension of time to complete discovery (doc. # 45) be and is hereby GRANTED only for the purpose of taking those depositions presently set for February 19 and 20, 2008.  With respect to extending the discovery deadline to take any other discovery, the motion be and is hereby DENIED.  The parties are specifically warned that no further extensions of time to complete discovery will be considered by the

court.

      3.      That the defendant's motion to clarify and amend answer (doc. # 46) be and is hereby GRANTED.

      Done this 14th day of February, 2008.


                                      _____/s/Charles S. Coody_____
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE