IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CECELIA OWENS, | ) |
| | ) |
| Plantiff | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 2:06CV999-ID |
| LIGHTHOUSE COUNSELING | ) |
| CENTER, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

RECEIVED
2008 FEB 29 A 10: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO DISMISS EVIDENCE BY DEFENDANT

Plantiff is requesting that the courts dismiss the recorded transcripts submitted as evidence by the defendant illegally obtained in another case. Defendant offered recorded testimony during Plantiff's deposition on December 26, 2007 that took place in a court hearing between the Plantiff and another individual in April 2006. Defendant did not obtain Plantiff's permission to record the proceedings during the hearing nor was Defendant directly involved or a party to that hearing. Defendant, David Belser testified during deposition on February 20, 2008 that he did not obtain Plantiff's or the judge's permission in that case to record the hearing. The defendant was not involved in that case, and had no reason to be present. Defendant Candace Dekruyff testified during deposition on February 19, 2008 that the Lighthouse felt they could obtain information to help in their case. The recording took place without the Plantiff's consent and Plantiff objected to it's admission during deposition on Decemer 26, 2007.

Plantiff is requesting that this recording/transcription be dismissed because it was obtained without the consent of the Plantiff and therefore is illegal.

Dated this the 26th day of February, 2008

                                                                                              *Cecelia Owens*
                                                                                              **Cecelia Owens, Pro Se**
                                                                                              **Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office:   770-991-2334
Email:   ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

I do herby certify that the following motion has been served upon the defendant by fax with confirmation and US postal mail, with a copy to the United States District Court, Middle District of Alabama on this the 26th day of February, 2008.

**Plantiff ProSe**
Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA 30260

*/s/ Cecelia Owens*

**Counsel for Defendant**
Bruce Downey
150 South Perry Street
Montgomery, AL 36104
Fax 334-241-8257

Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA 30260



Clerk of Court
United States District Court
Middle District of Alabama
P.O. Box 158
Montgomery, AL 36101-0158

