IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CECELIA OWENS,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CIVIL ACTION NO.  2:06cv999-ID
                                  )
LIGHTHOUSE COUNSELING             )
CENTER, INC.,                     )
                                  )
        Defendant.                )

## ORDER

Now pending before the court is the plaintiff's motion to dismiss evidence by the defendant (doc. # 50).  The plaintiff seeks to prohibit the defendant from using testimony "that took place in a court hearing between the Plaintiff and another individual in April 2006."  Upon consideration of the motion, it is

ORDERED that the plaintiff's motion to dismiss evidence  (doc. # 50) be and is hereby DENIED.

Done this 4th day of March, 2008.


            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE