IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

CECELIA OWENS,                )
                              )
    Plantiff                  )
                              )
vs.                           )
                              )   CASE NO.: 2:06CV999-ID
LIGHTHOUSE COUNSELING         )
CENTER, INC.,                 )
                              )
    Defendant                 )
                              )

## PLANTIFF'S MOTION TO EXTEND DUE DATE FOR RESPONSE TO DEFENDANT MOTION FOR SUMMARY JUDGEMENT

TO:  Capell & Howard, P.C. Counsel for Defendant
     150 South Perry Street (36104)
     P.O. Box 2069
     Montgomery, AL  36102-2069

Plantiff is requesting a 30-day extension to file a response to defendant's motion for summary judgment due to extreme extenuating circumstances. Sgt. Tommy Owens, the husband of the plantiff was notified in Baghdad, Iraq on March 9, 2008 that his mother Mrs. Margaret Owens was terminaly ill and in West Florida Hospital, Pensacola, Florida. The American Red Cross verified this information and my husband, Sgt. Tommy Owens was immediately sent back to the States to see her before her death on Monday, March 17, 2008. This has been a very trying time for our family because there was tremendous amount of suffering on his mother, and the decisions that the family had to make to end the suffering. Our loss has been tremendous and my husband, Sgt. Tommy Owens is distraught and heavily bereaved at this time. I am requesting this extension to bury my mother-in-law, take care of my husband, and our family during this time before he has to

return back to Baghdad, Iraq. I will have the response in by April 30, 2008. Please let me know as soon as you can. I am thanking you in advance for your compassion during this time.

Mrs. Margaret Owens body is located at Joe Morris Funeral Home in Pensacola, FL and she will be interred at the Naval Air Station Cemetery, Pensacola, FL.


Dated this the 18th day of March, 2008

*Cecelia Owens*
**Cecelia Owens, Pro Se**
**Plantiff**

**Plantiff, Pro Se:**
Cecelia Owens
6245 Hillcrest Drive
Morrow, GA 30260
Office: 770-991-2334
Email: ceceliaowens@comcast.net

## CERTIFICATE OF SERVICE

I do herby certify that the following motion has been served upon the defendant by fax with confirmation and US postal mail, with a copy to the United States District Court, Middle District of Alabama on this the 18th day of March, 2008.

**Plantiff ProSe**
Cecelia Owens
6245 Hillcrest Dr.
Morrow, GA  30260

**Counsel for Defendant**
Bruce Downey
150 South Perry Street
Montgomery, AL 36104
Fax  334-241-8257