IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv999-ID |
| ) | |
| LIGHTHOUSE COUNSELING ) | |
| CENTER, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER

Now pending before the court is the plaintiff's motion for an extension of time to respond to the defendant's motion for summary judgment (doc. # 55).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 55) be and is hereby GRANTED and the plaintiff's deadline for responding to the defendant's motion for summary judgment be and is hereby EXTENDED from March 28, 2008 until April 30, 2008.

Done this 20th day of March, 2008.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE