IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv999-ID |
| ) | |
| LIGHTHOUSE COUNSELING ) | |
| CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On May 8, 2008, the defendant filed a motion for leave to file a reply to the plaintiff's response to its motion for summary judgment. (Doc. # 59). The defendant contends that a reply is necessary because the plaintiff's opposition to its motion for summary judgment does not meet the requirements of FED. R. CIV. P. 56.[1] The motion to file a reply is due to be denied. The court is quite capable of sifting through the declaration, discerning evidence that meets the requirements of FED. R. CIV. P. 56, and considering only those portions which are either based on the declarant's personal knowledge or are not being offered for the truth of the matter asserted. To the extent that the plaintiff's opposition contains information not based on personal knowledge, the court will not consider that material in resolving the motion for summary judgment. Accordingly, upon consideration of the motion, and for good cause, it is

---

[1] FED. R. CIV. P. 56(e) requires that "affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein."

ORDERED that the defendant's motion for leave to file a response be and is hereby DENIED.

Done this 9th day of May, 2008.

          /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE