IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CECELIA OWENS,                              )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        CIVIL ACTION NO.  2:06cv999-ID
                                            )
LIGHTHOUSE COUNSELING                       )
CENTER, INC.,                               )
                                            )
        Defendant.                          )

**ORDER**

On April 12, 2009, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.   (Doc. No. 61).  Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is

ORDERED and ADJUDGED as follows:

1.      That  the  Recommendation  of  the  Magistrate  Judge  be  and  is  hereby

        ADOPTED;

2.      That  the  defendant's  motion  for  summary  judgment  be  and  is  hereby

        GRANTED;

3.      That this case be and is hereby DISMISSED with prejudice; and

4.      That costs be and are hereby TAXED against the plaintiff.

Done this the 30th  day of April, 2009.


                        /s/ Ira DeMent
                        IRA DEMENT

SENIOR UNITED STATES DISTRICT JUDGE